IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01256–CMA–KMT

WILLIAM D. PIRNIE, and
CARLA PIRNIE,

    Plaintiffs,

v.

KEY ENERGY SERVICES, LLC, and
JOHN DOE, individually,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiffs' Unopposed Motion to Vacate Final Pretrial Conference set for May 14, 2009 (# 43, filed May 7, 2009) is GRANTED. The Final Pretrial Conference set for May 14, 2009 is VACATED and RESET for June 2, 2009 at 9:15 a.m.

Dated: May 11, 2009