IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01256-CMA-KMT

WILLIAM D. PIRNIE, and
CARLA PIRNIE,

    Plaintiffs,

v.

KEY ENERGY SERVICES, LLC, and
JOHN DOE, individually,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties Stipulation for Dismissal With Prejudice (Doc. # 65). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorney' fees.

DATED: November  30 , 2009

                                                         BY THE COURT:

                                                         CHRISTINE M. ARGUELLO
                                                         United States District Court Judge